**DYKEMA GOSSETT LLP**
JOHN M. THOMAS, State Bar No. 266842
*JThomas@dykema.com*
PAUL L. NYSTROM, State Bar No. (*Pro Hac Vice to be submitted*)
*PNystrom@dykema.com*
ASHLEY R. FICKEL, State Bar No. 237111
*AFickel@dykema.com*
ABIRAMI GNANADESIGAN, State Bar No. 263375
*AGnanadesigan@dykema.com*
333 South Grand Avenue, Suite 2100
Los Angeles, California 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850

Attorneys for Defendants
HARLEY-DAVIDSON, INC., HARLEY-DAVIDSON MOTOR COMPANY, INC. and HARLEY-DAVIDSON MOTOR COMPANY OPERATIONS, INC.

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CALIFORNIA 90071

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION**

MATTHEW D. GREENE, an individual, on behalf of himself, the proposed class(es), all others similarly situated, and on behalf of the general public

Plaintiff,

v.

HARLEY-DAVIDSON, INC., a Wisconsin corporation; HARLEY-DAVIDSON MOTOR COMPANY, INC., a Wisconsin corporation; HARLEY-DAVIDSON MOTOR COMPANY OPERATIONS, INC., a Wisconsin corporation; and DOES 1 through 10, inclusive,

Defendants.

Case No. 5:19-cv-01647 RGK (KKx)

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF HARLEY-DAVIDSON MOTOR COMPANY OPERATIONS, INC.'S OPPOSITION TO PLAINTIFF'S MOTION TO REMAND**

Date: October 28, 2019
Time: 9:00 a.m.
Location: Courtroom 850

Complaint Filed: June 11, 2019

**TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:**

Pursuant to Federal Rule of Evidence 201(b)(2), Defendant Harley-Davidson Motor Company Operations, Inc. (hereinafter "HDMCOI") hereby requests that the Court take judicial notice of the following documents:

1. Notice of Motion and Motion to Compel Further Responses to Interrogatories and Memorandum of Points and Authorities filed in the Superior Court for the State of California, County of San Diego, in the case entitled *Gomez v. Mycles Cycles Inc. et al.*, Case Number 37-2015-00043311-CU-BT-CTL, a true and correct copy of which is attached hereto as **Exhibit 1**.

2. Declaration of Ross H. Hyslop in Support of Motion for Final Approval of Proposed Class Action Settlement filed in the Superior Court for the State of California, County of Riverside, in the case entitled *Baker v. Temecula Motorsports, Inc.*, Case Number MCC1500556, a true and correct copy of which is attached hereto as **Exhibit 2.**

3. The relevant portions of a Stipulated Distribution Plan and Order filed in the Superior Court for the State of California, County of Los Angeles, in the case entitled *Medrazo v. Honda of North Hollywood*, Case Number BC354744, a true and correct copy of which is attached hereto as **Exhibit 3.**

4. The Verdict and Settlement Summary in *Gutierrez v. Autowest, Inc.*, No. CGC-00-317755, 2009 WL 2736967, filed in the Superior Court of California, County of San Francisco, a true and correct copy of which is attached hereto as **Exhibit 4.**

5. The Verdict and Settlement Summary in *Gutierrez v. PCH Roulette, Inc.*, 2001 WL 1897961, filed in the Superior Court of Santa Cruz, a true and correct copy of which is attached hereto as **Exhibit 5.**

6. The California Court of Appeal's unpublished decision in *Angel v. YFB Hemet, Inc.*, No. G030528, 2004 WL 1058180 (Cal. Ct. App. April 30, 2004), a true and correct copy of which is attached hereto as **Exhibit 6.**

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CALIFORNIA 90071

7. The Verdict and Settlement Summary in *International Paper Co. v. Affiliate FM Insurance Co.*, 2001 Jury Verdicts LEXIS 49427, a true and correct copy of which is attached hereto as **Exhibit 7.**

HDMCOI makes this request in support of its Opposition to Plaintiff's Motion to Remand. Federal Rule of Evidence 201(b)(2) provides that the Court may properly take judicial notice of facts that are not subject to reasonable dispute because they "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." None of these documents is subject to reasonable dispute, because they are all matters of public record. *See Headwaters Inc. v. United States Forest Serv.*, 399 F.3d 1047, 1050 (9th Cir. 2005) ("Materials from a proceeding in another tribunal are appropriate for judicial notice"); *Mir v. Little Co. of Mary Hosp.*, 844 F.2d 646, 649 (9th Cir. 1988) (court may take judicial notice of court records).

Because these documents are court documents from another tribunal, and thus matters of public record, these documents are not subject to reasonable dispute. Therefore, HDMCOI respectfully requests that the Court take judicial notice of each of the documents attached hereto.

DATED: October 7, 2019 DYKEMA GOSSETT LLP

By: */s/ Abirami Gnanadesigan*
John M. Thomas
Paul L. Nystrom
Ashley R. Fickel
Abirami Gnanadesigan
Attorneys for Defendants
HARLEY-DAVIDSON, INC., HARLEY-DAVIDSON MOTOR COMPANY, INC. and HARLEY-DAVIDSON MOTOR COMPANY OPERATIONS, INC.

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CALIFORNIA 90071