# EXHIBIT 4

Gutierrez vs. Autowest Inc., 37 Trials Digest 12th 6 (2009)

37 Trials Digest 12th 6, 2009 WL 2736967 (Cal.Superior) (Verdict and Settlement Summary)

Copyright (c) 2015 Thomson Reuters/West
Superior Court, San Francisco County, California.

Gutierrez vs. Autowest Inc.

**TOPIC:**
Synopsis: Class members claim company violated California Vehicle Leasing Act

Case Type: Consumer Protection; False Advertising; Contracts; Leased Goods; Class Action

DOCKET NUMBER: CGC05317755

STATE: California
COUNTY: San Francisco

Verdict/Judgment Date: February 25, 2009

JUDGE: James A. Robertson II
**ATTORNEYS:**
Plaintiff: Nancy Barron, Kemnitzer, Anderson, Barron & Ogilvie, San Francisco; Christopher Jennings, Kemnitzer, Anderson, Barron & Ogilvie, San Francisco; Bryan Kemnitzer, Kemnitzer, Anderson, Barron & Ogilvie, San Francisco.
Defendant: Laura K. Christa, Christa & Jackson, Los Angeles; Martin L. Fineman, Davis Wright Tremaine, San Francisco; Paul M. Kakuske, Christa & Jackson, Los Angeles; Regina J. McClendon, Severson & Werson, San Francisco.

**SUMMARY:**
Verdict/Judgment: Plaintiff

Verdict/Judgment Amount: $153,126

Range: $100,000-$199,999
Defendant Autowest was ordered to pay $82,848 to the class and $70,278 to plaintiffs Ryan and Jamie Gutierrez, jointly ($18,426 for violations of the California Legal Remedy Act, $36,852 for punitive damages, and $7,500 as an incentive award). Defendant Autowest was also ordered to pay $1,494,988 in attorney fees and $63,265 in costs.

Trial Type: Bench

**EXPERTS:**
Plaintiff: Not reported.
Defendant: Not reported.

**TEXT:**

**CASE INFORMATION**

**FACTS/CONTENTIONS**
    According to court records: Plaintiffs Ryan and Jamie Gutierrez alleged defendants Autowest Inc., dba Autowest Dodge; AutoNation USA Corporation; and Wells Fargo Bank Ltd., violated the California Vehicle Leasing Act, Civil

Case 5:19-cv-01647-RGK-KK Document 19-4 Filed 10/07/19 Page 3 of 3 Page ID #:1299

Gutierrez vs. Autowest Inc., 37 Trials Digest 12th 6 (2009)

Code § 2885.7 et seq. and the California Consumer Legal Remedies Act, Civil Code § 1750 et seq. Plaintiffs filed a lawsuit on behalf of themselves and other class members who entered into vehicle lease agreements with defendant Autowest from March 1, 1998 through March 1, 2001.

On April 13, 2007, the court certified the class of persons who: (1) entered into a vehicle lease agreement primarily for personal, family, or household use with Autowest Dodge from March 1, 1998 through November 1, 2001, in which the agreement was drafted on a Wells Fargo lease form; (2) the copy of the lease agreement failed to contain a separate statement labeled "itemization of Gross Capitalized Cost" circumscribed by a line and containing the disclosures required by Civil Code § 2985.8(c)(2) at the time it was signed by the consumer; or (3) Autowest obtained the customer's signature on a copy of the lease agreement that contained blank spaces to be filled in after it had been signed.

**CLAIMED INJURIES**
NA

**CLAIMED DAMAGES**
According to court records:
Not reported.

**SETTLEMENT DISCUSSIONS**
According to court records:

Not reported.

**COMMENTS**
According to court records:

The complaint was filed on December 29, 2000.

Trials Digest, A Thomson Reuters/West business
San Francisco County Superior Court

End of Document © 2017 Thomson Reuters. No claim to original U.S. Government Works.