# EXHIBIT 9

## *International Paper Co. v. Affiliate FM Insurance Co; 2001 Jury Verdicts LEXIS 49427*

974350

November 02, 2001

**Headline:** Insurance Co.'s Failure to Pay Client Costs It $68m in *Punitive* Damages

**Published Date:** March 29, 2002

**Topic:** Insurance Bad Faith

**Practice Area:** Insurance Law

**State:** California

**Court:** Superior Court of City and County of San Francisco, San Francisco

**Plaintiff Counsel**

Thomas J. Nolan

Firm Name: Howrey, Simon, Arnold & White

Address: Los Angeles, CA

Plaintiff Name: (International Paper Co.)

Robert Shulman

Firm Name: Howrey, Simon, Arnold & White

Address: Washington, DC

Plaintiff Name: (International Paper Co.)

Joanne Caruso

Firm Name: Howrey, Simon, Arnold & White

Address: Los Angeles, CA

Plaintiff Name: (International Paper Co.)

**Defendant Counsel**

Douglas Skor

Firm Name: Larson & King

Address: Minneapolis, MN

Defendant Name: (Affiliate FM Insurance Co.)

Tina Traficante

Firm Name: Larson & King

Address: Minneapolis, MN

Defendant Name: (Affiliate FM Insurance Co.)

Fulton M. Smith III

abirami gnanadesigan

EXHIBIT 7
PAGE 581

International Paper Co. v. Affiliate FM Insurance Co; 2001 Jury Verdicts LEXIS 49427

Firm Name: Larson & King

Address: San Francisco, CA

Defendant Name: (Affiliate FM Insurance Co.)

Steven D. Meier

Firm Name: Larson & King

Address: San Francisco, CA

Defendant Name: (Affiliate FM Insurance Co.)

Lyle Sinel

Firm Name: Larson & King

Address: San Francisco, CA

Defendant Name: (Affiliate FM Insurance Co.)

**Judge:** Alex Salamando

**Case Summary**
A San Francisco jury awarded the plaintiffs in an insurance bad faith action $25.02 million, finding Wausau had breached the insurance contract. Jurors also found that Wausau had acted with oppression, malice or **_fraud_** in breaching its duty to defend Masonite in bad faith, thus triggering a **_punitive_** damages award.

The jury hit Wausau with $68 million in **_punitive_** damages, leaving the total award at $93.02 million.

The judgment has not been entered. Entry is pending a second phase of the trial, where Masonite is suing Wausau and more than two dozen other insurance carriers for recovery of the money paid out to settle the underlying products liability claims. That trial is not expected to begin until the fall of 2002.

In 1994, Masonite Corp., then a subsidary of International Paper Co., became embroiled in what would become a nationwide **_class_** action against the company alleging product defects in Masonite's hardboard siding used in houses and commercial buildings. The **_class_** of plaintiffs contended that the pressed wood product used on building exteriors could not withstand moisture and rotted, buckled or crumbled long before any warranties expired. The **_class_** action was certified in 1995 and in 1996 a Mobile, Ala., jury found the product defective. The following year, before the damages phase could begin, the **_class_** action settled on a claims made basis, with Masonite promising to pay for replacement costs and corrections. The total paid out was more than $300 million. Soon after the **_class_** action was filed, said plaintiffs' attorney Thomas J. Nolan, Masonite and International Paper turned to its insurance carriers to pay the costs of its defense of the litigation. Employers Insurance of Wausau, Masonite's primary insurance carrier from 1979 through 1985, when a substantial amount of the siding was sold, did not respond to this request, he said. So, in November 1995, Masonite and International Paper filed a declaratory judgment action against Wausau seeking a ruling that the carrier was obligated under the insurance contract to provide a defense to Masonite. Masonite amended that complaint in 1998, adding the claim that Wausau had acted in bad faith by denying the coverage. Wausau contended that Masonite had not tendered the defense to the carrier, but just gave notice of the lawsuit, said Nolan. The plaintiffs countered by asserting that sending a copy of the lawsuit to Wausau was evidence of tendering. The carrier also contended it had no duty to defend damage to the siding only and that the **_class_** actions plaintiffs were not alleging damage to other parts of the building. The plaintiffs disputed this claim, Nolan said. "We pointed out that there were 17 references in the **_class_** action complaint that the product caused damage to other structures." This damage included mold and deterioration of wood frames in the residences.

**Plaintiff Expert(s)**

James Marshall

Address: St. Petersburg, FL

abirami gnanadesigan

EXHIBIT 7
PAGE 582

International Paper Co. v. Affiliate FM Insurance Co; 2001 Jury Verdicts LEXIS 49427

Specialty: Insurance Coverage

Affiliation: Thomas Nolan

Mike Brown

Address: Pasadena, CA

Specialty: Attorney Fees

Affiliation: Thomas Nolan

**Defendant Expert(s)**

Charles Silver

Address: Austin, TX

Specialty: Civil

Affiliation: Robert Shulman

Robert Lembke

Address: Penryn, CA

Specialty: Insurance

Affiliation: Robert Shulman

**Award:** $ 93,023,957

**Award Details:** On Nov. 2, 2001, a San Francisco jury awarded the plaintiffs $25.02 million, finding Wausau had breached the insurance contract and acted in bad faith. The jury also found that Wausau had acted with oppression, malice or ***fraud*** in breaching its duty to defend Masonite in bad faith, thus triggering a ***punitive*** damages award. On Nov. 5, the jury hit Wausau with $68 million in ***punitive*** damages, leaving the total award at $93.02 million.

International Paper $13,130,939.86 breach of contract$10,706,392.22 bad faith compensatory damages$1,186,625 interest$68,000,000 ***punitive*** damages on bad faith charge



[www.verdictsearch.com/index.jsp](www.verdictsearch.com/index.jsp)

Copyright 2002 ALM Media Properties, LLC.
All Rights Reserved
Further duplication without permission is prohibited
VerdictSearch
California JVW

**End of Document**